562

ABRAHAM SPILKY, Appellant, v. LUCY M. DATRI, Respondent. (Action No. 1.) (And Another Action.)

Rabin, Acting P. J., Hopkins, Latham, Kleinfeld and Brennan, JJ., concur.